Oscar Odsen, Respondent, *v.* William M. Moore Sons, Inc., et al., Appellants.

(Argued October 10, 1928; decided October 26, 1928.)

*Edward P. Mowton* for appellants.
*Bernard J. Vincent* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts as against the defendant William M. Moore Sons, Inc., on the ground that there is no evidence of negligence on the part of said defendant.

Judgment affirmed, with costs, as to the defendants Indelicato.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.